**Electronically Filed
Supreme Court
SCWC-22-0000545
05-FEB-2026
09:21 AM
Dkt. 18 OGAC**

SCWC-22-0000545

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LINDA S. MARTELL,
Petitioner/Plaintiff/Appellant-Appellee,

vs.

EMPLOYEE RETIREMENT SYSTEM, STATE OF HAWAI'I and BOARD OF
TRUSTEES OF THE EMPLOYEE RETIREMENT SYSTEM, STATE OF HAWAI'I,
Respondents/Defendants/Appellees-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000534 AND CAAP-22-0000545; CASE NO. 1CCV-21-0001449)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Eddins, Acting C.J., Ginoza, and Devens, JJ.,
Circuit Judge DeWeese, in place of McKenna, J., recused,
and Circuit Judge Copeland, assigned by reason of vacancy)

Petitioner/Plaintiff/Appellant-Appellee Linda S. Martell's

application for writ of certiorari filed on December 8, 2025, is

accepted.

It is further ordered, that no oral argument will be heard

in this case. Any party may, within ten days and pursuant to

Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for

retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 5, 2026.

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Wendy M. DeWeese

/s/ Rebecca A. Copeland